UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**CURTIS JOHNSON,**

    **Plaintiff,**

v.

                                                    Case No.:   4-14-CV-204

**MCCORLEW REALTY INC. a Georgia Profit Corporation, and THOMAS J. MCCORLEW, JR, individually,**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CURTIS JOHNSON, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the Parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

DATED this 9th day of September, 2014.

                                                    **/s/ ANDREW FRISCH**
                                                    Andrew Frisch
                                                    GA  Bar No.: 366105
                                                    MORGAN & MORGAN, P.A.
                                                    600 N. Pine Island Road, Suite 400
                                                    Plantation, Fl. 33324
                                                    Tel: 954-318-0268
                                                    Fax: 954-327-3013
                                                    E-mail: AFrisch@forthepeople.com

                                                    *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch