UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**CURTIS JOHNSON,**

    **Plaintiff,**

v.

    Case No.:  4-14-CV-204

**MCCORLEW REALTY INC. a Georgia Profit Corporation, and THOMAS J. MCCORLEW, JR, individually,**

    **Defendants.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CURTIS JOHNSON [1] and Defendants, MCCORLEW REALTY INC. and THOMAS J. MCCORLEW, JR. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate that the claims brought by Plaintiff in the above and foregoing cause shall be dismissed with prejudice and move this Court for entry of an order dismissing this action with prejudice.  Plaintiff represents and acknowledges payment in full for all of his claims, including claims for overtime, liquidated damages, and attorney's fees and costs.  Defendants shall bear their own fees and costs.

[*see following page*]

---

[1] At the time of this filing, no other individuals have joined the present case.

2

As such, the resolution of this matter does not constitute a "compromise" which would involve Court review and/or approval pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).[2]

Dated this 17th day of September, 2014.

| /s/ ANDREW FRISCH | /s/ RICHARD E. FLOWERS |
|---|---|
| Andrew Frisch | Richard E. Flowers, Esq. |
| GA Bar No.: 366105 | State Bar No.: 266122 |
| MORGAN & MORGAN, P.A. | RICHARD E FLOWERS PC |
| 600 N. Pine Island Road, Suite 400 | P. O. Box 2571 |
| Plantation, Fl. 33324 | Columbus, GA 31902 |
| Tel: 954-318-0268 | Phone: 706-596-8100 |
| Fax: 954-327-3013 | Email: ricklaw@bellsouth.net |
| E-mail: AFrisch@forthepeople.com | |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |

---

[2] See Bonetti v. Embarq Management Company, Case No. 6:07-cv-1335-GAP-GJK (August 4, 2009) (holding that no Court Approval needed if there is no compromise of Plaintiff's FLSA claim).

2